**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Nealie Cirino,                                                            09cv1313      (JNE/JJG)

       Plaintiff,

v.                                                                                   **ORDER FOR DISMISSAL**

Northland Group, Inc.,

       Defendant.

---

    Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties [#8],

    **IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed, with prejudice, along with any counterclaims, on the merits, and without further cost to any of the parties or their attorneys.

DATED: August 28, 2009

                                                 s/ Joan N. Ericksen
                                                 JOAN N. ERICKSEN,  Judge
                                                 United States District Court